*J. L. Mayson* and *W. D. Ellis Jr.,* for defendant.

---

## CHEATHAM *v.* LIGHTFOOT.

BECK, J. The evidence submitted on the trial, under the pleadings in the case, demanded a verdict in favor of the plaintiff; and the jury having returned a verdict in his favor, the court erred in setting it aside upon a motion for a new trial made by the defendant.

       *Judgment reversed. All the Justices concur.*
       FEBRUARY 25, 1916.

Rule. Before Judge Rawlings. Emanuel superior court. December 23, 1914.

*T. N. Brown,* for plaintiff.